UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:   CANDY L. CAGE                                              CASE NO.: 12-10675

DEBTOR                                                              CHAPTER 7 CASE

MOTION TO COMPEL DEBTOR TO TURN OVER PROPERTY
OF THE ESTATE AND MOTION FOR SANCTIONS

The motion of Samera L. Abide, trustee, respectfully represents that:

1.

The debtor filed for relief under Chapter 7 of the United States Bankruptcy Code on 05/07/2012. Samera L. Abide was appointed interim trustee in the Chapter 7 case and later became permanent trustee.

2.

The trustee seeks to have the debtor turn over the estate's portion of her 2012 federal and state tax refunds in the amount of $1,117.55.

3.

On 05/06/2013, the trustee sent a letter to the debtor requesting a copy of her 2012 federal and state tax returns. A copy of the letter is attached hereto as Exhibit 1 and made a part hereof.

4.

After the trustee received the 2012 federal and state tax returns, on 11/04/2013, the trustee made demand upon the debtor to send the estate's portion of her 2012 federal and state tax refunds and the debtor has failed to respond.  A copy of the letter is attached hereto as Exhibit 2 and made a part hereof.

5.

The trustee seeks immediate turn over of the estate's portion of the debtor's 2012 tax refunds that are the subject of this motion.

6.

As a result of the debtor's failure to cooperate with the trustee, the trustee is unable to administer the case.

7.

The trustee requests that the debtor be ordered to show cause by this Honorable Court why the debtor should not turn over the estate's portion of her 2012 federal and state tax refunds as set forth herein and be sanctioned $500.00 for his/her failure to cooperate with the trustee.

WHEREFORE, the trustee prays that the debtor be required to turn over the estate's portion of her 2012 federal and state tax refunds and that the debtor be sanctioned $500.00 by this Court for his/her failure to cooperate with the trustee. The trustee prays for any other relief to which she may be entitled.

RESPECTFULLY SUBMITTED:

*s/Samera L. Abide*
Samera L. Abide, Bar No. 2288
Trustee
P.O. Box 3616
Baton Rouge, LA 70821
Telephone: (225) 923-1404
Fax: (225) 923-1443
Email:  slabide@abide-law.com

**EXHIBIT 1**

**SAMERA L. ABIDE, TRUSTEE**
Attorney at Law
Telephone (225) 923-1404
Fax (225) 923-1443
Email: slabide@abide-law.com

Correspondence to:
17732 Highland Road, Suite G-PMB 107
Baton Rouge, LA 70810-3813

Payments to:
P.O. Box 3616
Baton Rouge, LA 70821

May 6, 2013

James M. Herpin
Herpin & Degeneres
200 Government St, Ste 200
Baton Rouge, LA 70802

Re:    Estate of CANDY L. CAGE, debtor(s)
       Case No.: 12-10675
       United States Bankruptcy Court
       Middle District of Louisiana

**FINAL DEMAND FOR 2012 TAX RETURNS (FEDERAL AND STATE)**

Dear Counsel:

**While this communication is directed to you, your client has received a copy to facilitate the response time and as a convenience to you. If your client(s) wishes to be able to communicate directly with my office a waiver must be executed by you and your client(s).**

*Debtor(s) if you have questions regarding this letter please contact your attorney and discuss the matter with them. If you have no questions, please respond directly to my office.*

I have not received a copy of your client(s) 2012 federal and state tax returns that I had previously requested. Your client(s) must send a copy of their returns by May 31, 2013. If your client(s) have received their refunds, they must forward them to my office by May 11, 2013. If your client(s) spent the refund(s) and payment is not forthcoming, I will file a motion to compel turnover and request sanctions in the amount of $500.00 with the court. If your client(s) fail to comply with the turnover order, my next action will be to file a complaint to revoke their discharge.

I trust that this matter can be amicably resolved,

Sincerely yours,

*Samera L. Abide*
Samera L. Abide

SLA\mpa
cc: debtor(s)

**EXHIBIT 2**

**SAMERA L. ABIDE, TRUSTEE**
Attorney at Law
Telephone (225) 923-1404
Fax (225) 923-1443
Email: slabide@abide-law.com

Correspondence to:
17732 Highland Road, Suite G-PMB 107
Baton Rouge, LA 70810-3813

Payments to:
P.O. Box 3616
Baton Rouge, LA 70821

November 4, 2013

James M. Herpin
Herpin & Degeneres
200 Government St, Ste 200
Baton Rouge, LA 70802

Re:   Estate of CAGE, CANDY L., debtor(s)
      Case No.: 12-10675
      United States Bankruptcy Court
      Middle District of Louisiana

Dear Counsel:

**While this communication is directed to you, your client has received a copy to facilitate the response time and as a convenience to you. If your client(s) wishes to be able to communicate directly with my office a waiver must be executed by you and your client(s).**

*Debtor(s) if you have questions regarding this letter please contact your attorney and discuss the matter with them. If you have no questions, please respond directly to my office.*

I have been in contact with the Internal Revenue Service. They have informed me that your client's 2012 federal tax refund in the amount of $8,546.00 (EIC portion $5,565.00) was sent directly to her on or about February 27, 2013. Please consider this a formal demand that the estate's portion of the 2012 federal and state tax refunds in the amount $1,117.55 be sent to my office by December 4, 2013. The funds must be sent in the form of a money order or cashier check made payable to "Samera L. Abide, Trustee" and reference Case No. 12-10675. If I do not receive your client's payment by the date stated above, I will file a motion with the court to compel turnover and request sanctions of $500.00. If your client fails to comply with the turnover order and pay the sanctions, my next action will be to file a complaint to revoke her discharge. **THIS WILL BE YOUR CLIENT(S) ONLY NOTICE BEFORE A TURNOVER IS FILED. PLEASE COMPLY PROMPTLY.**

I trust that this matter can be amicably resolved,

Sincerely yours,

Samera L. Abide

SLA\mpa
cc: debtor(s)

November 4, 2013

In re: Case No.: 12-10675
Estate of CANDY L. CAGE
United States Bankruptcy Court
Middle District of Louisiana

ACCOUNTING STATEMENT FOR THE 2012 TAX REFUND

| | |
|---|---:|
| State Income Tax Refund | 212.00 |
| Federal Income Tax Refund | 8546.00 |
| (Less Earned Income Credit "EIC') | 5565.00 |
| Total Income Tax Refunds | 3,193.00 |
| Day Filed Bankruptcy | 128 |
| Tax Refund Per Deum | 0.35 |
| Estate's Portion of Tax Refund | 1,117.55 |